

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-18-00391-CV

**TEXAS SMAC, LLC**,
Appellant

v.

**EMJ CORPORATION**,
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2017CVK001067D2
Honorable Monica Z. Notzon, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED. It is ordered that appellee, EMJ Corporation, recover its cost of this appeal from appellant, Texas SMAC, LLC.

SIGNED May 1, 2019.

_____
Rebeca C. Martinez, Justice